*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
MONAHAN, HOLIFIELD, and STEWART
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Nicholas R. CAMERON**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202100066**

Decided: 30 August 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Melanie J. Mann

Sentence adjudged 14 January 2021 by a special court-martial convened at Marine Corps Base Hawaii, Hawaii, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 12 months,[1] and a bad-conduct discharge.

For Appellant:
*Commander Jonathan Riches, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

---

[1] The Appellant was credited with having served 141 days of confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

However, we note that the Entry of Judgment does not accurately reflect the disposition of the charges. Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[3] In accordance with Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[2]Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[3]*United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps
# Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202100066 |
| **v.** | **ENTRY OF JUDGMENT** |
| **Nicholas R. CAMERON**<br>Lance Corporal (E-3)<br>U.S. Marine Corps<br>*Accused* | *As Modified on Appeal*<br><br>**30 August 2021** |

On 14 January 2021, the Accused was tried at Marine Corps Base Hawaii, Hawaii, by a special court-martial, consisting of a military judge sitting alone. Military Judge Melanie J. Mann presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 128, Uniform Code of Military Justice, 10 U.S.C. § 928.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification:** **Assault consummated by a battery upon a spouse on or about 8 June 2020.**

*Plea:* Guilty.
*Finding:* Guilty.

**Additional Charge I:** **Violation of Article 115, Uniform Code of Military Justice, 10 U.S.C. § 915.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification:** **Communicating a threat on or between 5 May 2020 and 6 November 2020.**

*Plea:* Guilty.

*Finding:* Guilty.

**Additional Charge II:** **Violation of Article 128b, Uniform Code of Military Justice, 10 U.S.C. § 928b.**

*Plea:* Not Guilty.

*Finding:* Dismissed.

**Specification 1:** **Domestic violence, violent offense, on or between 5 May 2020 and 9 November 2020.**

*Plea:* Not Guilty.

*Finding:* Dismissed.

**Specification 2:** **Domestic violence, threaten or intimidate, on or between 5 May 2020 and 9 November 2020.**

*Plea:* Not Guilty.

*Finding:* Dismissed.

**Additional Charge III:** **Violation of Article 130, Uniform Code of Military Justice, 10 U.S.C. § 930.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification:** **Stalking on or between 5 May and 26 August 2020.**

*Plea:* Guilty.

*Finding:* Guilty.

**Additional Charge IV:** **Violation of Article 131b, Uniform Code of Military Justice, 10 U.S.C. § 931b.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification:** **Obstructing justice on or between 15 July 2020 and 24 August 2020.**

*Plea:* Guilty.

*Finding:* Guilty.

**Additional**

**Charge V:** **Violation of Article 134, Uniform Code of Military Justice, 10 U.S.C. § 934.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification:** **Extramarital sexual conduct on or about August 2020.**

*Plea:* Guilty.
*Finding:* Guilty.

## SENTENCE

On 14 January 2020, a military judge sentenced the Accused to the following:

**Reduction to pay grade E-1.**

*For the sole Specification of Charge I:*
confinement for 12 months.

*For the sole Specification of Additional Charge I:*
confinement for 12 months.

*For the sole Specification of Additional Charge III:*
confinement for 12 months.

*For the sole Specification of Additional Charge IV:*
confinement for 12 months.

*For the sole Specification of Additional Charge V:*
confinement for 12 months.

The terms of confinement will run concurrently.

**Confinement for a total of 12 months.**

**A bad-conduct discharge.**

The Accused shall be credited with 141 days of confinement already served, to be deducted from the adjudged sentence to confinement.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

3